# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
# CASE NO.: 11-CR-20869-PCH

**UNITED STATES OF AMERICA,**

v.

**MIGUEL AQUINO, and**
**RICARDO AVILES,**
    **Defendants.**
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon the Defendants' request to enter a plea of guilty before a Magistrate Judge.

THIS MATTER was referred to Magistrate Judge Barry L. Garber on January 26, 2012. A Report and Recommendation filed on January 27, 2012 recommended that the Defendants' plea of guilty be accepted. The Defendants and the U.S. Government were afforded the opportunity to file objections to the Report and Recommendation; however, none were filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation of U.S. Magistrate Judge Barry L. Garber, is hereby adopted and approved in its entirety. Defendants, Miguel Aquino and Ricardo Aviles are adjudged guilty as to Counts 1 and 6 of the Indictment. Defendant, Ricardo Aviles is also adjudged guilty as to Count 4 of the Indictment.

2-10-12

DONE AND ORDERED in chambers in Miami, Florida this 10th day of February, 2012.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record